## **Index of Attached Exhibits:**

Exhibit A:   Index of Attached Exhibits

Exhibit B:   Redacted Summons & Verified Complaint, filed February 28, 2022

Exhibit C:   Redacted Letters of Administration de Bonis Non, filed February 28, 2022

Exhibit D:   Redacted Verified Notice of Claim against The Town of Dewitt and Town of Dewitt Police Department with Affidavits of Service, filed February 28, 2022

Exhibit E:   Redacted Verified Notice of Claim against County of Onondaga and Onondaga County Sheriff's Department with Affidavits of Service, filed February 28, 2022

Exhibit F:   Redacted Verified Answer with Crossclaims on behalf of County of Onondaga and Amy Bollinger, filed March 15, 2022

Exhibit G:   Email from John E. Heisler, Jr., Chief Deputy County Attorney, consenting to the Removal dated March 25, 2022