# EXHIBIT C

Certificate# 71817

# Surrogate's Court of the State of New York
## Onondaga County
### Certificate of Appointment of Administrator

File #: 2021-533/A

IT IS HEREBY CERTIFIED that Letters in the estate of the Decedent named below have been granted by this court, as follows:

Name of Decedent: ████████████        Date of Death: March 4, 2021
Domicile: County of Onondaga
Fiduciary Appointed: Lotf Albahm
Mailing Address: 4372 Apulia Road
Jamesville NY 13078

Type of Letters Issued: LETTERS OF ADMINISTRATION DE BONIS NON
Letters Issued On: January 31, 2022

Limitations: Said administrator(s), in both his/her/their individual and fiduciary capacity/capacities as well as any attorney who represents him/her/them in either capacity/capacities, shall not collect or receive the proceeds from any action instituted or settled pursuant to the authority granted by these letters without the further order of this court or any court of competent jurisdiction pursuant to EPTL 5-4.6

and such Letters are unrevoked and in full force as of this date.

Dated: January 31, 2022

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the Onondaga County Surrogate's Court at Syracuse, New York.

WITNESS, Hon. Mary Keib Smith, Judge of the Onondaga County Surrogate's Court.

*Eileen A. Casey*

Eileen A. Casey, Esq. Chief Clerk
Onondaga County Surrogate's Court

*This Certificate Is Not Valid Without the Raised Seal of the Onondaga County Surrogate's Court*

*On the Date Written Below LETTERS are Granted by the Surrogate's Court, State of New York as follows:*

Name of Decedent: ▬▬▬▬▬▬▬

File #: 2021-533/A
Date of Death: March 4, 2021

Domicile of Decedent: County of Onondaga

Fiduciary Appointed:
Mailing Address
Lotf Albahm
4372 Apulia Road
Jamesville NY  13078

Letters Issued: LETTERS OF ADMINISTRATION DE BONIS NON

Limitations: Said administrator(s), in both his/her/their individual and fiduciary capacity/capacities as well as any attorney who represents him/her/them in either capacity/capacities, shall not collect or receive the proceeds from any action instituted or settled pursuant to the authority granted by these letters without the further order of this court or any court of competent jurisdiction pursuant to EPTL 5-4.6

THESE LETTERS, granted pursuant to a decree entered by the court, authorize and empower the above-named fiduciary or fiduciaries to perform all acts requisite to the proper administration and disposition of the estate/trust of the Decedent in accordance with the decree and the laws of New York State, subject to the limitations and restrictions, if any, as set forth above.

Dated: January 31, 2022

IN TESTIMONY WHEREOF, the seal of the Onondaga County Surrogate's Court has been affixed.

WITNESS, Hon Mary Keib Smith, Judge of the Onondaga County Surrogate's Court.

_[signature]_
Eileen A. Casey, Esq., Chief Clerk

*These Letters are Not Valid Without the Raised Seal of the Onondaga County Surrogate's Court*

**Attorney:
David E. Zukher**
109 South Warren Street
Syracuse NY  13202