# EXHIBIT E

FILED: ONONDAGA COUNTY CLERK 02/28/2022 04:04 PM
NYSCEF DOC. NO. 4                                                           INDEX NO. 001367/2022

                                                                               RECEIVED NYSCEF: 02/28/2022

*Affidavit of Service*

IN THE MATTER OF THE CLAIM OF:
THE ESTATE OF ▉▉▉▉▉▉▉▉▉▉

                                                    *Plaintiff (s)/Petitioner(s)*

                 *against*
                                                                            *Index No.*
                                                                            *Date Filed:*

COUNTY OF ONONDAGA AND ONONDAGA COUNTY SHERIFF'S
DEPARTMENT
_____ *Defendant(s)/Respondent(s)* _____

**NEW YORK STATE, COUNTY OF ONONDAGA § TROY L. PRATER**
The undersigned, being duly sworn, deposes and says; that deponent is not a party herein, is over 18 years of age and served a
VERIFIED NOTICE OF CLAIM in the above titled action or proceeding upon ONONDAGA COUNTY ATTORNEY (herein called
the recipient) at 421 MONTGOMERY STREET, SYRACUSE, NY 13202 On the 18TH day of MAY 2021 at 11:50 AM.

☐ Individual    by delivering a true copy of each to said recipient personally. Deponent knew the person served to be the person
                described as said person therein .

☒ Corporation   by delivering thereat a true copy of each to BENJAMIN M. YAUS personally. Deponent knew said corporation so
                served to be the corporation described therein, and knew said individual to be SENIOR DEPUTY COUNTY
                ATTORNEY thereof.

☐ Suitable Age  by delivering thereat a true copy of each to          a person of suitable age and discretion. Said premises is
                defendant's/respondent's actual          within the State.

☐ Affixing      by affixing a true copy of each to the door of said premises, which is defendant's/respondent's actual
                       within the State. Deponent was unable with due diligence to find defendant/respondent  or a person of
                suitable age and discretion, thereat, having called there on


☐ Mailing       On          deponent enclosed a copy in a postpaid envelope properly addressed to defendant/respondent
                at          and Deposited said envelope in an official depository under the exclusive care and custody of the U.S.
                Postal Service within the State of New York. The envelope bore the legend "Personal & Confidential" and did not
                indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or
                concerned an action against the defendant/respondent.

*A description of the defendant/respondent OR the person served on behalf of the defendant/respondent is as follows:*
Sex: MALE   Skin Color: WHITE   Hair Color: BROWN   Approximate Age: 35-50   Approximate Height: 6'0"
Approximate Weight: 175   Other Identifying Features:

*I asked the person spoken to whether the defendant/respondent was in active military service of the United States of the State of New York and received a negative
reply. The person spoken with wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations
and observations defendant/respondent defendant/respondent narrated above. Upon information and belief, I aver that the recipient is not in military service of the
State of New York or the United States.*

Sworn to before me this 20ᵗʰ day of MAY 2021

_Anthony Joseph Roscoe_                                          _____
Notary Public                                                   TROY L. PRATER

Anthony Joseph Roscoe
Notary Public-State of New York
No. 01RO6353273
Qualified in Onondaga County
My Commission Expires January 17, 2025

┌─────┐
│ D & M │ Litigation Services, Inc P.O. Box 232 North Syracuse NY 13212
└─────┘

FILED: ONONDAGA COUNTY CLERK 02/28/2022 04:04 PM    INDEX NO. 001367/2022

NYSCEF DOC. NO. 4                                              RECEIVED NYSCEF: 02/28/2022
                                                                *Affidavit of Service*

---

IN THE MATTER OF THE CLAIM OF:
THE ESTATE OF ██████████████████

                                        *Plaintiff (s)/Petitioner(s)*

            *against*                                    *Index No.*
                                                         *Date Filed:*

COUNTY OF ONONDAGA AND ONONDAGA COUNTY SHERIFF'S
DEPARTMENT
_____ *Defendant(s)/Respondent(s)*
NEW YORK STATE, COUNTY OF ONONDAGA § TROY L. PRATER
The undersigned, being duly sworn, deposes and says; that deponent is not a party herein, is over 18 years of age and served a
VERIFIED NOTICE OF CLAIM in the above titled action or proceeding upon ONONDAGA COUNTY SHERIFF'S
DEPARTMENT (herein called the recipient) at 407 SOUTH STATE STREET, SYRACUSE, NY 13202  On the 18TH day of MAY
2021 at 11:38 AM.

☐ Individual     by delivering a true copy of each to said recipient personally. Deponent knew the person served to be the person
                 described as said person therein .

☒ Corporation   by delivering thereat a true copy of each to SUZANNE GILTZ personally.  Deponent knew said corporation so
                 served to be the corporation described therein, and knew said individual to be ADMINISTRATIVE OPERATIONS
                 SUPERVISOR thereof.

☐ Suitable Age  by delivering thereat a true copy of each to          a person of suitable age and discretion. Said premises is
                 defendant's/respondent's actual          within the State.

☐ Affixing      by affixing a true copy of each to the door of said premises, which is defendant's/respondent's actual
                         within the State. Deponent was unable with due diligence to find defendant/respondent  or a person of
                 suitable age and discretion, thereat, having called there on

☐ Mailing       On          deponent enclosed a copy in a postpaid envelope properly addressed to defendant/respondent
                 at          and Deposited said envelope in an official depository under the exclusive care and custody of the U.S.
                 Postal Service within the State of New York. The envelope bore the legend "Personal & Confidential" and did not
                 indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or
                 concerned an action against the defendant/respondent.

*A description of the defendant/respondent OR the person served on behalf of the defendant/respondent is as follows:*
Sex: FEMALE   Skin Color: WHITE   Hair Color: BLACK   Approximate Age: 50-65   Approximate Height: 5'6"
Approximate Weight: 175   Other Identifying Features:

*I asked the person spoken to whether the defendant/respondent was in active military service of the United States of the State of New York and received a negative
reply. The person spoken with wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations
and observations defendant/respondent defendant/respondent narrated above. Upon information and belief, I aver that the recipient is not in military service of the
State of New York or the United States.*

Sworn to before me this ⟨20⟩ᵗʰ day of MAY 2021

*Anthony Joseph Roscoe*
Notary Public                                              *[signature]*

                                                         TROY L. PRATER

Anthony Joseph Roscoe
Notary Public-State of New York
No. 01RO6353273
Qualified in Onondaga County
My Commission Expires January 17, 2025

D & M │ Litigation Services, Inc P.O. Box 232 North Syracuse NY 13212

FILED: ONONDAGA COUNTY CLERK 02/28/2022 04:04 PM
NYSCEF DOC. NO. 4

INDEX NO. 001367/2022

RECEIVED NYSCEF: 02/28/2022

ATTORNEY(S) : Weisberg & Zukher, PLLC
INDEX # : xxxxx
PURCHASED/FILED :
STATE OF : NEW YORK
COURT : Court of Claims
COUNTY/DISTRICT : xxxxxx

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

In the Matter of the Claim of: The Estate of ███████████

Plaintiff(s)

against

County of Onondaga, et al

Defendant(s)

| STATE OF NEW YORK )<br>COUNTY OF ALBANY ) SS<br>CITY OF ALBANY ) | **DESCRIPTION OF PERSON SERVED:** Approx. Age: 55 Yrs.<br><br>Weight: 120 Lbs.  Height: 5' 0"  Sex: Female  Color of skin: White<br><br>Hair color: Blonde  Other: |

**Sean Warner**                                      , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **May 20, 2021**         , at    **1:00pm**   , at the office of the  Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:
**Verified Notice of Claim**

on

### County of Onondaga

the Defendant in this action, by delivering to and leaving with           **Sue Zouky**
AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies  thereof and that at the time of making such service, deponent paid said Secretary of State a fee of           250       dollars; That said service was made pursuant to Section   **GENERAL MUNICIPAL LAW §53 (CERTIFICATE OF DESIGNATION FILED).**

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

20th day of          May, 2021

_____
YVONNE STRAIN
NOTARY PUBLIC, State of New York
01ST6314054, Schenectady
Commission Expires  November 3, 2022

_____
Sean Warner
**Invoice·Work Order # 2116244**
Attorney File #  **Albahm**

FILED: ONONDAGA COUNTY CLERK 02/28/2022 04:04 PM    INDEX NO. 001367/2022
NYSCEF DOC. NO. 4                                   RECEIVED NYSCEF: 02/28/2022

**In the Matter of the Claim of:**

THE ESTATE OF ███████████████,

-vs-

COUNTY OF ONONDAGA and
ONONDAGA COUNTY SHERIFF'S DEPARTMENT.

**VERIFIED NOTICE
OF CLAIM**

TO:   THE COUNTY OF ONONDAGA
      THE ONONDAGA COUNTY SHERIFF'S DEPARTMENT

    **PLEASE TAKE NOTICE** that The Estate of ███████████, by its appointed administrator, Carissa A. Albham, hereby makes claim against the County of Onondaga and the Onondaga County Sheriff's Department, and in support of such claim states as follows:

1.   **The name and the post office address of each claimant and the claimant's attorney:**

Claimant: Administrator, Carissa A. Albham, 115 West Pleasant St., Apt.: C-1, Manlius, NY 13104. A true and correct copy of the Certificate of Appointment of Administrator for Carissa A. Albham is attached hereto as *Exhibit A*.

Counsel for Claimant: Weisberg & Zukher, PLLC., David E. Zukher, Esq., 109 South Warren Street, Suite 711, Syracuse, NY 13202.

2.   **The nature of the claim:** For severe personal injury, pain and suffering, wrongful death, assault, battery, intentional infliction of emotional distress, negligent infliction of emotional distress, negligent hiring/retention/training, excessive use of force 42 U.S.C. Section 1983, including, but not limited to, *Monell* liability, and vicarious liability.

3.   **The time when; the place where; and the manner in which the claim arose:**

    On March 4, 2021, at 4372 Apulia Road, Jamesville, NY, County of Onondaga, Mrs. Carissa A. Albahm, the natural mother of ███████████ (DOB: ██████), a seventeen (17) year-old minor child (hereinafter ███████), called the St. Joseph's Hospital Health Center, the Comprehensive Psychiatric Emergency Program, to report that ██████ was continuing to experience a mental health crisis. At approximately 12:24 p.m. of the same day, Mrs. Albahm called the police for assistance, so that her son could be brought in for treatment safely, after████████ fled by car from a mobile crisis team dispatched by the St. Joseph's Hospital Health Center.

FILED: ONONDAGA COUNTY CLERK 02/28/2022 04:04 PM
NYSCEF DOC. NO. 4

INDEX NO. 001367/2022

RECEIVED NYSCEF: 02/28/2022

Upon information and belief, three (3) different police agencies responded to the 911 call made by Mrs. Albahm, including, the DeWitt Police, Investigators Lucas Byron and Matthew Menard; *the Onondaga County Sherriff's Office, Sergeant Amy Bollinger*; and the NYS Police, State Trooper Corey Fike. Upon information and belief, dispatchers, family members, and others on the scene repeatedly warned all of the officers involved that ████ had a history of mental illness; had/owned an airsoft/pellet gun, commonly referred to as a BB Gun; and had prior threatened suicide by "cop."

Less than an hour after arriving on the scene, at approximately, 1:25 p.m., during their pursuit of ████, the aforementioned police officers, despite knowing the foregoing, repeatedly discharged their service weapons and shot ████ multiple times, thereby, causing his death. In doing so, the aforementioned police officers/agencies carelessly, negligently, and/or recklessly caused Judson's death. Specifically, the police failed to establish proper communications with each other; ████; ████ family; and the St. Joseph's Comprehensive Psychiatric Mobile Crisis Outreach Team which was present on the scene; failed to properly de-escalate the situation; failed to deploy/dispatch properly trained crisis intervention officers; failed to employ proper de-escalation techniques to defuse the situation; failed to employ/utilize body cameras; failed to establish a proper chain of command; failed to communicate with one-another to develop a viable and safe plan/objective; and failed to consider/read the dispatch information available. Upon information and belief, pursuant to Executive Order No. 147, the State Attorney General of the State of New York is currently conducting a criminal investigation as to the conduct of the police/agencies involved, the results of which investigation have not been made public.

**4.      The items of damage or injuries are:**

As a result of the careless, negligent, and reckless conduct of *the Onondaga County Sherriff's Office, Sergeant Amy Bollinger*, the injuries suffered by ████ include, but are not limited to, severe and permanent personal injury, great pain and suffering, wrongful death, hospital and medical bills, as well as funeral expenses, the exact amounts of which are not known at this time. In addition thereto, ████ was of employable age and, upon information and belief, was employed and/or employable at the time of his death. As such, claimant seeks all economic damages for lost future earnings and benefits, as well as all attorney's fees and costs.

That said claim and demand is hereby presented for adjustment and payment.

**PLEASE TAKE FURTHER NOTICE** that by reason of the premises, in default of the COUNTY OF ONONDAGA and THE ONONDAGA COUNTY SHERIFF'S DEPARTMENT to pay to the claimant any sum within the time limited for compliance with this demand by the said entities by the statutes in such cases made and provided, claimant intends to commence an action in the Supreme Court of the State of New York against the COUNTY OF ONONDAGA and THE ONONDAGA COUNTY SHERIFF'S DEPARTMENT to recover a money judgment, together with interest and costs.

FILED: ONONDAGA COUNTY CLERK 02/28/2022 04:04 PM

NYSCEF DOC. NO. 4

INDEX NO. 001367/2022

RECEIVED NYSCEF: 02/28/2022

Dated: May 17, 2021

**WEISBERG & ZUKHER, PLLC.**

David E. Zukher, Esq.
*Attorneys for The Estate of* █████████
109 S. Warren Street, Suite 711
Syracuse, New York 13202
Telephone (315) 701-2939

TO:

Onondaga County Sheriff's Office
407 S State St.
Syracuse, NY 13202

Office of the County Attorney
Attention:  Robert A. Durr
Onondaga County Department of Law
John H. Mulroy Civic Center, 10th Floor
421 Montgomery Street
Syracuse, New York 13202

Law Office of Robert A. Durr
Attention:  County Attorney
103 East Water St #304
Syracuse, NY 13202

3

FILED: ONONDAGA COUNTY CLERK 02/28/2022 04:04 PM
NYSCEF DOC. NO. 4

INDEX NO. 001367/2022

RECEIVED NYSCEF: 02/28/2022

## INDIVIDUAL VERIFICATION

STATE OF NEW YORK      )

COUNTY OF ONONDAGA ) SS:.


I, the undersigned, Carissa A. Albahm on behalf of The Estate of ████████████, depose and say:

I am the ___Administrator for the estate of Julan L. Albahm___. in this action; I have read the foregoing ___Verified Notice of Claim___, and know the content thereof; the same is true to knowledge, except as to the matters therein stated to be alleged on information and belief and as to those matters, I believe it to be true.

Carissa A. Albahm,

Sworn to before me this __8th__
day of __May__, 20_21_

Notary Public

```
DAVID E ████ ███
Notary Public, State of New ██...
No. 02ZU6140261
Qualified in Onondaga County
Commission Expires Jan.23, 20.██
```

FILED: ONONDAGA COUNTY CLERK 02/28/2022 04:04 PM
INDEX NO. 001367/2022

NYSCEF DOC. NO. 4

RECEIVED NYSCEF: 02/28/2022

# EXHIBIT A

FILED: ONONDAGA COUNTY CLERK 02/28/2022 04:04 PM

NYSCEF DOC. NO. 4

INDEX NO. 001367/2022

RECEIVED NYSCEF: 02/28/2022

Certificate# 67309

# Surrogate's Court of the State of New York
## Onondaga County
### Certificate of Appointment of Administrator

File #: 2021-533

IT IS HEREBY CERTIFIED that Letters in the estate of the Decedent named below have been granted by this court, as follows:

Name of Decedent:    ██████████        Date of Death:  March 4, 2021

Domicile:    County of Onondaga

Fiduciary Appointed:  Carissa A. Albahm
Mailing Address:  115 West Pleasant St.
Apt. C1
Manlius NY 13202

Type of Letters Issued:  LIMITED LETTERS OF ADMINISTRATION

Letters Issued On:  April 29, 2021

Limitations:  Said administrator(s), in both his/her/their individual and fiduciary capacity/capacities as well as any attorney who represents him/her/them in either capacity/capacities, shall not collect or receive the proceeds from any action instituted or settled pursuant to the authority granted by these letters without the further order of this court or any court of competent jurisdiction pursuant to EPTL 5-4.6

and such Letters are unrevoked and in full force as of this date.

Dated: April 29, 2021

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the Onondaga County Surrogate's Court at Syracuse, New York.

WITNESS, Hon. Mary Keib Smith, Judge of the Onondaga County Surrogate's Court.

Eileen A. Casey, Chief Clerk
Onondaga County Surrogate's Court

*This Certificate is Not Valid Without the Raised Seal of the Onondaga County Surrogate's Court*