# EXHIBIT G

From: John Heisler Jr. <JohnHeislerJr@ongov.net>
Sent: Friday, March 25, 2022 9:48 AM
To: Paul Mullin <pmullin@sugarmanlaw.com>
Subject: Estate of Judson L. Albahm v Town of DeWitt | Supreme Court, Onondaga County | Index No. 001367/2022

Paul:

County of Onondaga and Amy Bollinger consent to the removal of this action from the state court to the district court of the United States.

John E. Heisler Jr.
Chief Deputy County Attorney
Onondaga County Law Department
John H. Mulroy Civic Center, 10th Floor
421 Montgomery Street
Syracuse, New York 13202
Telephone: (315) 435-2170
Email: johnheislerjr@ongov.net