UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ESTATE OF JLA,

                       Plaintiff,

vs.

THE TOWN OF DEWITT,
LUCAS BYRON, Individually,
MATTHEW MENARD, Individually,
COUNTY OF ONONDAGA,
AMY BOLLINGER, Individually and
COREY FIKE, Individually,

                       Defendants.

**STIPULATION OF VOLUNTARY DISCONTINUANCE**

Case No.: 5:22-cv-00287 MAD-MJK

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all of the parties to the above-entitled action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action against the **Town of Dewitt, Lucas Byron, Individually, Matthew Menard, Individually, County of Onondaga, and Amy Bollinger, Individually** be and it hereby is, withdrawn, discontinued, and dismissed with prejudice and on the merits, to all claims inclusive to any cross-claims, with each party to bear her or its own attorneys' fees and costs.

Dated: 5/30/2024

Paul V. Mullin, Esq.
Bar Roll No.: 501346
**SUGARMAN LAW FIRM, LLP**
*Attorneys for The Town of Dewitt, Lucas Byron, Individually and Matthew Menard, Individually*
Office and Post Office Address
211 West Jefferson Street, Suite 20
Syracuse, New York 13202
Telephone: (315) 474-2943
pmullin@sugarmanlaw.com

Dated: 5/31/24

David E. Zukher, Esq.
Bar Roll No.: 510328
**WEISBERG & ZUKHER, PLLC**
*Attorneys for Estate of JLA*
Office and Post Office Address
109 South Warren Street, Suite 711
Syracuse, New York 13202
Telephone: (315) 701-2939
davidz@wzlaw.org

Dated: May 29, 2024

*[signature]*

John A. Sickinger, Esq.
Bar Roll No.: 513595
**ONONDAGA COUNTY DEPARTMENT OF LAW**
*Attorneys for County of Onondaga and*
 *Amy Bollinger, Individually*
John H. Mulroy Civic Center – 10th Floor
Office and Post Office Address
421 Montgomery Street
Syracuse, New York 13202
Telephone: (315) 435-2170
*johnheislerjr@ongov.net*
*johnsickinger@ongov.net*

Dated: 5/29/24

*[signature]*

Mitchell J. Banas, Jr., Esq.
Bar Roll No.: 105297
**BOND, SCHOENECK & KING, PLLC**
*Attorneys for Corey Fike*
Office and Post Office Address
200 Delaware Avenue
Avant Building, Suite 900
Buffalo, New York 14202
Telephone: 716-416-7010
*mbanas@bsk.com*

Dated: _____

SO ORDERED:

_____
Honorable Mae A. D'Agostino