# COUNTY OF ONONDAGA



**J. Ryan McMahon, II**
**County Executive**

**Robert A. Durr**
**County Attorney**

## DEPARTMENT OF LAW

John H. Mulroy Civic Center, 10th Floor
421 Montgomery Street
Syracuse, New York 13202
Telephone: (315) 435-2170
Fax: (315) 435-5729

June 13, 2024

<u>Via CM/ECF</u>

Hon. Mae A. D'Agostino
United States District Judge
445 Broadway
Albany, New York 12207

Re:   *Estate of JLA v. Town of DeWitt, et al.*
       United States District Court, Northern District of New York
       Civil Action No. 5:22-cv-00287-MAD-MJK

Dear Judge D'Agostino:

      I represent Onondaga County and Amy Bollinger (County defendants) in the above-referenced action.  Recently, the parties filed a stipulation (Doc. 56) discontinuing the plaintiff's claims and co-defendants' cross-claims against my clients as well as the Town of Dewitt, Lucas Byron and Matthew Menard (Dewitt defendants).  The cross-claims against defendant Corey Fike were also discontinued.  The Court signed the stipulation and it was subsequently entered on June 4, 2024 (Doc. 57).  However, upon reviewing a docket report for the case, it has come to my attention that the cross-claims of Mr. Fike against the County and Dewitt defendants have not been terminated by the NDNY clerk's office.  My office has communicated with the clerk's office and been advised that the cross-claims of Mr. Fike have in fact not been terminated.

      It was the intent of the parties that all cross-claims be discontinued, and the stipulation signed by counsel for the parties and the Court states that it applies "to all claims inclusive to any cross-claims" against the Dewitt and County defendants.  Accordingly, I respectfully submit that the cross-claims of Mr. Fike against my clients and the Dewitt defendants were terminated by the stipulation, and they should be noted as terminated by the clerk's office.  Therefore, I respectfully request that the Court instruct the clerk's office to terminate the remaining cross-claims against Onondaga County, Amy Bollinger, the Town of Dewitt, Lucas Byron and Matthew Menard.

Hon. Mae A. D'Agostino
June 13, 2024
Page 2

      I have spoken to counsel for the Dewitt defendants and Mr. Fike about this matter, and they concur with the submission of this letter.

      Thank you for your review of this submission and your consideration of our request.

                                         Respectfully,

                                         JOHN A. SICKINGER
                                         Chief Deputy County Attorney
                                         Bar Roll No. 513595

JAS/

cc:     All Counsel of Record (Via CM/ECF)