# WEISBERG & ZUKHER, PLLC.



109 S. WARREN ST.

SUITE 711

SYRACUSE, NY 13202

P: (315) 701-2939

F: (315) 701-2938

DAVID E. ZUKHER, ESQ.
MANAGING PARTNER

KARLA ANTELLI PAVESE,
LAW CLERK

July 1, 2024

**VIA ELECTRONIC FILING**
Honorable Mitchell J. Katz
United States District Court, Northern District of New York
James M. Hanley Federal Bldg. P.O. Box 7346
Syracuse, New York 13261

Re:     Estate of JLA v. The Town of Dewitt et. al. 5:22-cv-00287-MAD-MJK

Dear Judge Katz;

Pursuant to Local Rule §7.1 (a), this office conferred with opposing counsel regarding a proposed motion to amend the caption and complaint reflecting the recent dismissal of several parties, and joinder of NYSP employee, Sgt. Scott Brent, as a defendant.

Opposing counsel is not in agreement with this proposal and, therefore, motion practice is necessary. Due to the foregoing, I respectfully request the prerequisite conference prior to filing non-dispositive motions.

Thank you for your courtesy and consideration.

Respectfully yours,

**WEISBERG & ZUKHER, PLLC**

David E. Zukher, Esq.
Bar Roll No.: 510328

DEZ/kap
Cc:
Collin M. Carr, Esq.
Mitchell J. Banas, Jr. Esq,
Ryan Keleher, Esq.