# WEISBERG & ZUKHER, PLLC.



109 S. WARREN ST.
SUITE 711
SYRACUSE, NY 13202
P: (315) 701-2939
F: (315) 701-2938

DAVID E. ZUKHER, ESQ.
MANAGING PARTNER

KARLA ANTELLI PAVESE,
LAW CLERK

July 19, 2024

**VIA ELECTRONIC FILING**
Honorable Mitchell J. Katz
United States District Court, Northern District of New York
James M. Hanley Federal Bldg. P.O. Box 7346
Syracuse, New York 13261

Re:   Estate of JLA v. The Town of Dewitt et. al. 5:22-cv-00287-MAD-MJK

Dear Judge Katz;

As directed by the Court, the parties have researched and conferred regarding the joinder of Sgt. Brent in the above action. It would appear that there is not an available tolling provision under either the EPTL or the Executive Orders issued during the pandemic. Due to the foregoing, Sgt. Brent will not be able to be joined.

However, it remains that the complaint should be amended to reflect the dismissal of the other defendants and to narrow the scope of the Complaint as to Defendant Fike. I respectfully request a motion return date for the filing of the appropriate motion and proposed Amended Complaint.

Thank you for your courtesy and consideration.

Respectfully yours,

**WEISBERG & ZUKHER, PLLC**

David E. Zukher, Esq.
Bar Roll No.: 510328

DEZ/kap
Cc:
Collin M. Carr, Esq.
Mitchell J. Banas, Jr. Esq,
Ryan Keleher, Esq.