UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JUDGMENT IN A CIVIL CASE

**ESTATE OF JLA,**
        Plaintiffs,

vs.                                                                                            5:22-cv-00287
                                                                                                             (MAD/MJK)

**COREY FIKE,**
        Defendant.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's motion for summary judgment (Dkt. No. 79) is **DENIED**; and the Court further **ORDERS** that Defendant's motion for summary judgment (Dkt. No. 80) is **GRANTED**; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in Defendant's favor and close this case, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 10th day of November, 2025.

DATED: November 10, 2025

*[Signature]*
Clerk of Court

s/Britney Norton
Britney Norton
Deputy Clerk